An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT PAUL SERVIN,
Appellant,
vs.
BRIAN E. WILLIAMS, SR., WARDEN,
S.D.C.C.,
Respondent.

No. 63970

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for reconsideration. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Brent T. Adams, District Judge
        Robert Paul Servin
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30840